FILED
United States Court of Appeals
Tenth Circuit

February 16, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| STATE OF OKLAHOMA, by and through its Attorney General; GENTNER F DRUMMOND; OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>    Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,<br><br>    Respondents.<br><br>------------------------------<br><br>SIERRA CLUB; HEALTHY ENVIRONMENT ALLIANCE OF UTAH; CENTER FOR BIOLOGICAL DIVERSITY; DOWNWINDERS AT RISK; UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT; SOUTHERN UTAH WILDERNESS ALLIANCE; CLEAN AIR TASK FORCE,<br><br>    Amici Curiae.<br>_____<br><br>OKLAHOMA GAS & ELECTRIC COMPANY,<br><br>    Petitioner, | No. 23-9514<br>(EPA No. EPA-RO6-OAR-2021-0801)<br>(Environmental Protection Agency) |

| | |
|---|---|
| v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,<br><br>    Respondents.<br><br>------------------------------<br><br>SIERRA CLUB; HEALTHY ENVIRONMENT ALLIANCE OF UTAH; CENTER FOR BIOLOGICAL DIVERSITY; DOWNWINDERS AT RISK; UTAH PHYSICIANS FOR A HEALTHY ENVIRONMENT; SOUTHERN UTAH WILDERNESS ALLIANCE; CLEAN AIR TASK FORCE,<br><br>    Amici Curiae. | No. 23-9521<br>(EPA No. EPA-HQ-OAR-2021-0663)<br>(Environmental Protection Agency) |

_____

| | |
|---|---|
| TULSA CEMENT LLC, d/b/a Central Plains Cement Company LLC; REPUBLIC PAPERBOARD COMPANY LLC,<br><br>    Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,<br><br>    Respondent.<br><br>------------------------------<br><br>SIERRA CLUB; HEALTHY ENVIRONMENT ALLIANCE OF UTAH; | No. 23-9533<br>(EPA No. EPA-HQ-OAR-2021-0663)<br>(Environmental Protection Agency) |

CENTER FOR BIOLOGICAL
DIVERSITY; DOWNWINDERS AT
RISK; UTAH PHYSICIANS FOR A
HEALTHY ENVIRONMENT;
SOUTHERN UTAH WILDERNESS
ALLIANCE; CLEAN AIR TASK FORCE,

    Amici Curiae.

_____

WESTERN FARMERS ELECTRIC
COOPERATIVE,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S.
REGAN, Administrator, United States
Environmental Protection Agency,

    Respondents.

------------------------------

SIERRA CLUB; HEALTHY
ENVIRONMENT ALLIANCE OF UTAH;
CENTER FOR BIOLOGICAL
DIVERSITY; DOWNWINDERS AT
RISK; UTAH PHYSICIANS FOR A
HEALTHY ENVIRONMENT;
SOUTHERN UTAH WILDERNESS
ALLIANCE; CLEAN AIR TASK FORCE,

    Amici Curiae.

_____

STATE OF UTAH, by and through its
Governor, Spencer J. Cox, and its Attorney
General, Sean D. Reyes,

No. 23-9534
(EPA No. EPA-HQ-OAR-2021-0663)
(Environmental Protection Agency)

Petitioner,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S.
REGAN, Administrator, United States
Environmental Protection Agency,

    Respondents.

No. 23-9509
(EPA No. EPA-R08-OAR-2022-315)
(Environmental Protection Agency)

------------------------------

SIERRA CLUB; HEALTHY
ENVIRONMENT ALLIANCE OF UTAH;
CENTER FOR BIOLOGICAL
DIVERSITY; DOWNWINDERS AT
RISK; UTAH PHYSICIANS FOR A
HEALTHY ENVIRONMENT;
SOUTHERN UTAH WILDERNESS
ALLIANCE; CLEAN AIR TASK FORCE,

    Amici Curiae.

_____

PACIFICORP; DESERET GENERATION
& TRANSMISSION CO-OPERATIVE;
UTAH MUNICIPAL POWER AGENCY,

    Petitioners,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S.
REGAN, Administrator, United States
Environmental Protection Agency,

    Respondents.

------------------------------

No. 23-9512
(EPA No. EPA-R08-OAR-2022-315)
(Environmental Protection Agency)

SIERRA CLUB; HEALTHY
ENVIRONMENT ALLIANCE OF UTAH;
CENTER FOR BIOLOGICAL
DIVERSITY; DOWNWINDERS AT
RISK; UTAH PHYSICIANS FOR A
HEALTHY ENVIRONMENT;
SOUTHERN UTAH WILDERNESS
ALLIANCE; CLEAN AIR TASK FORCE,

    Amici Curiae.

_____

UTAH ASSOCIATED MUNICIPAL
POWER SYSTEMS,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; MICHAEL S.
REGAN, Administrator, United States
Environmental Protection Agency,

    Respondents.

------------------------------

SIERRA CLUB; HEALTHY
ENVIRONMENT ALLIANCE OF UTAH;
CENTER FOR BIOLOGICAL
DIVERSITY; DOWNWINDERS AT
RISK; UTAH PHYSICIANS FOR A
HEALTHY ENVIRONMENT;
SOUTHERN UTAH WILDERNESS
ALLIANCE; CLEAN AIR TASK FORCE,

    Amici Curiae.

No. 23-9520
(EPA No. EPA-R08-OAR-2022-315)
(Environmental Protection Agency)

_____

**ORDER**

_____

These matters are before the court on *Respondents' Opposed Motion to Transfer the Petition for Review to the D.C. Circuit or Dismiss Based on Improper Venue*.[1] We also have responses from Petitioners, replies from Respondents, and supplemental authority from the parties. On April 27, 2023, the motions, responses, replies, and supplemental authority were referred to the panel of judges who would later be assigned to decide the merits of these petitions for review. As a result, merits briefing proceeded and these matters are set for oral argument on March 21, 2024.

Upon careful consideration of the aforementioned filings, and at the specific direction of the merits panel, the Transfer Motions are GRANTED IN PART and these matters will be transferred to the United States Court of Appeals for the District of Columbia. A decision directing the transfer of these matters will issue in due course, and the transfers will be effectuated at that time.

In light of the foregoing, the March 21, 2024 oral arguments in these matters are VACATED, and all counsel are excused from attendance. The pending motions to

---

[1] Respondents filed substantially similar motions to transfer or dismiss each of the above-captioned petitions for review. Collectively, those motions are referred to herein as the "Transfer Motions."

enlarge time for oral argument and for amici to participate in oral argument are DENIED AS MOOT.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk