April 25, 2023

*By E-filing*

Mr. Christopher M. Wolpert
Clerk, United States Court of Appeals for the Tenth Circuit
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

   Re: Case Nos. 23-9514 & 23-9521; *State of Oklahoma, et al. v. EPA & Oklahoma Gas and Electric Company v. EPA*

Dear Mr. Wolpert:

  Petitioners the State of Oklahoma, Oklahoma Department of Environmental Quality, and Oklahoma Gas and Electric Company submit this Rule 28(j) letter regarding the Eighth Circuit's Order in *State of Arkansas v. EPA*, No. 23-1320 (April 25, 2023), which is attached to this letter. In that Order, the Eighth Circuit denied EPA's motion to transfer or dismiss the State of Arkansas's challenge to EPA's disapproval of Arkansas's State Implementation Plan, which was published in the same Final Rule as the denial of Oklahoma's plan that is the subject of the challenges in the cases pending before this Court. EPA's motion in the Eighth Circuit case was nearly identical to the pending motions to transfer in the above-captioned cases. The Eighth Circuit thus necessarily rejected the arguments EPA is making to this Court. The Eighth Circuit's rejection of EPA's venue arguments further supports Petitioners' arguments that this Court should do the same and deny EPA's motions in the above-captioned cases, avoiding unnecessary conflict with its sister circuit.

                    Very truly yours,

| | |
|---|---|
| /s/ *Michael B. Schon* | /s/ *Megan Berge* |
| Michael B. Schon | Megan H. Berge |
| | |
| *Counsel for State of Oklahoma, by and through its Attorney General, Gentner F. Drummond, and Oklahoma Department of Environmental Quality* | *Counsel for Oklahoma Gas and Electric Company* |

cc:

| | |
|---|---|
| Merrick B. Garland<br>U.S. Department of Justice<br>Civil Division<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | Michael S. Regan<br>U.S. Environmental Protection Agency<br>401 M Street, S.W.<br>Washington, DC 20460-0000 |
| Todd Kim<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>950 Pennsylvania Ave., Rm No. 2335<br>Washington, DC 20530 | Alexandra L. St. Romain<br>Miranda M. Jensen<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, DC 20044<br>202-532-3284 |
| Office of General Counsel<br>U.S. Environmental Protection Agency<br>Correspondence Control Unit<br>1200 Pennsylvania Avenue, NW<br>Washington, DC 20460 | Elisabeth Carter<br>U.S. Department of Justice<br>150 M Street NE<br>Washington, DC 20002<br><br>*Counsel for U.S. Environmental Protection Agency and Michael S. Regan* |

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1320

State of Arkansas and Arkansas Department of Energy and the Environment, Division of Environmental Quality

Petitioners

East Texas Electric Cooperative and Plum Point Energy Associates, LLC

Intervenors

v.

United States Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency

Respondents

_____

Petition for Review of an Order of the Environmental Protection Administration
(88 Fed. Reg. 9336)
_____

**ORDER**

Respondent's motion to transfer or dismiss the petition for review is denied. The briefing schedule is removed from abeyance. Petitioner's brief is due May 25, 2023.

April 25, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　/s/ Michael E. Gans